**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Michigan**
**SOUTHERN DIVISION - DETROIT**

In the Matter of: }
} Case No. 17-48477
Judith D. Rice-Gloster, } Chapter 13
} Judge Oxholm
**Debtor(s)** }

## ORDER CONFIRMING PLAN

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of  Frego & Associates, P.L.C.  , Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,5000.00  in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $3,400.00 shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

[X] Provision V.H. of the Plan shall be modified to include the following language; Provided that if any creditor identified in Class 5.1 or Class 6.1 files a Proof of Claim that specifies a monthly payment amount at variance with the Equal Monthly Payment amount set forth in the Plan, the amount of the monthly payment specified in the Plan shall control and shall become the Equal Monthly Payment for that creditor.

[X] Creditor, Santander Consumer USA, Inc., shall be paid as "crammed" Class 5.1 secured Claim in the amount of $11,500.00 at 5.5% interest per annum to be paid in equal monthly installment payments of $219.66 on their filed Proof of Claim #1 for the 2012 Dodge Journey. The remaining balance of Creditor's claim shall be treated as a Class 9 general unsecured claim. Creditor shall retain its lien on the 2012 Dodge Journey until the Debtor receives her Chapter 13 discharge, the claim is paid in full pursuant to the unmodified terms of the contract or until further order of the Court.

Approved:

**/s/ Tammy L. Terry**
TAMMY L. TERRY (P46254)
Law Office, P.L.C.
Chapter 13 Standing Trustee
535 Griswold, Suite 2100
Detroit, MI 48226
313-967-9857
Mieb_ecfadmin@det13.com

/s/ Andrea Howard
Frego & Associates-The Bankruptcy
Attorneys for Debtor
23843 Joy Rd.
Dearborn Heights, MI 48127
313-724-5088 fregolaw@aol.com
Andrea Howard (P69860)

Objections withdrawn:

/s/ Nathan Petrusak
NATHAN PETRUSAK (P45359)
Attorney for Creditor, Santander Consumer USA, Inc.
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
ecf@orlaw.com

**Signed on October 20, 2017**



/s/ Maria L. Oxholm

**Maria L. Oxholm
United States Bankruptcy Judge**