UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

**Judith Rice-Gloster**  CASE NO: 17-48477-mlo
CHAPTER: 13
JUDGE: Maria L. Oxholm

**Debtor.**
_____/

## ORDER MODIFYING PLAN

Debtor having filed a Post Confirmation Plan Modification #1, all interested parties having received Notice, a Certificate of No Response having been filed and the Court being more fully advised;

IT IS HEREBY ORDERED:

1    Debtor's plan payment shall be modified to $340.00 per month effective January 1, 2018.

**Signed on January 12, 2018**



/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**